# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHY R. GRAY MATHENY,<br><br>                 Plaintiff(s),<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>                 Defendant(s). | Case No. 2:16-cv-02990-APG-NJK<br><br>**ORDER** |

    Plaintiff resides in Washoe County. *See* Docket No. 1-1 at ¶ 1 (identifying residence as Sun Valley, NV). As Plaintiff concedes, her case was improperly initiated in the unofficial southern division of the Court, and should be transferred to the unofficial northern division. Docket No. 5.

    Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

    IT IS SO ORDERED.

    DATED: January 11, 2017

                                                      _____<br>
                                                      NANCY J. KOPPE<br>
                                                      UNITED STATES MAGISTRATE JUDGE